IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MERALOC, LLC | § | |
| Plaintiff, | § § § | C.A. NO. 2:16-cv-00094-RWS-RSP |
| v. | § § | |
| VOXX INTERNATIONAL CORPORATION and AUDIOVOX ACCESSORIES CORPORATION | § § § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the parties' Joint Motion For Dismissal With Prejudice of all claims asserted between Plaintiff Meraloc LLC ("Plaintiff") and Defendants Voxx International Corporation and Audiovox Accessories Corporation ("Defendants"), the Joint Motion For Dismissal With Prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff and Defendants, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**SIGNED this 19th day of August, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE